UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

ORIGINAL

UNITED STATES OF AMERICA,

                         Plaintiff,

           -against-

Jamal Hawkins

                     Defendant.

Case No.: 26 MJ 0001 (KPB)

**ORDER OF DISMISSAL**

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_____
Hon. Kim P. Berg,
United States Magistrate Judge

Dated: _____12____ day of ____June____, 20 26
       White Plains, New York